DLM

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AIRPORT ROAD, LLC<br>*Plaintiff*<br><br>v.<br><br>MARK CARRUOLO, individually, and in his capacity as Planning Director of the City of Warwick; and CITY OF WARWICK, through David Olsen, in his capacity as Treasurer of the City of Warwick,<br>*Defendants* | 08 250 ML<br><br>***{ Removed from C.A. No. KC08-0809 }*** |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 et seq., Rule 81(c) of the Federal Rules of Civil Procedure, and Local Civil Rule 81 of the United States District Court for the District of Rhode Island, Defendant alleges as follows:

1. Defendants, Mark Carruolo, individually and as Planning Director of the City of Warwick, and the City of Warwick, through David Olsen, as Treasurer of the City of Warwick ("Defendants"), are defendants in the civil action filed in Kent County Superior Court, entitled, *Airport Road, LLC v. Mark Carruolo, et al.* *C.A. No. KC08-0809.*

2. Attached hereto, as Exhibit A, is a copy of the First Amended Complaint filed in the case being removed, pursuant to Local Civil Rule 81(a).

3. Upon information and belief, the initial complaint in the above described case was served on Defendants on or about June 18, 2008, and therefore, within thirty (30) days of filing this Notice of Removal. Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446(b). The attached Exhibit A was served on Defendants on June 26, 2008.

4. The above described action, as stated in plaintiff's complaint, is one of which this Court has original federal question jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is therefore one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

5. This Notice of Removal is filed on behalf of all defendants in this matter.

6. A copy of this Notice of Removal will be filed promptly in the Court from which the case is being removed, pursuant to Local Rule 81(a)(1).

7. Within ten (10) days after filing this Notice of Removal, defendants shall file certified or attested copies of the docket sheets and all documents filed in the state court case, pursuant to Local Civil Rule 81(b).

Defendants,
By their attorneys,

Marc DeSisto (#2757)
Michael A. DeSisto (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com
and michael@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Notice of Removal was mailed, postage prepaid, on this 30th day of June, 2008, to:

Thomas V. Moses (#2763)
Richard J. Welch (#4497)
MOSES & AFONSO, LTD
170 Westminster Street, Suite 201
Providence, RI 02903