STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

CA 08-250 ML

Case ID: KC-2008-0809 AIRPORT ROAD LLC V MARK CARRUOLO

Filing Date: 06-13-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: DECLARATORY JUDGMENT
Status Date: 07-01-2008

Plaintiff: AIRPORT ROAD
ID: @11027094

Attorney: THOMAS MOSES
Attorney: RICHARD WELCH

Defendant: MARK CARRUOLO
ID: @11027096
Defendant: CITY OF WARWICK
ID: WARWICK
Defendant: DAVID OLSEN
ID: @11027098

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-13-2008 | COMPLAINT FILED | |
| 06-13-2008 | INITIAL FILING FEE | |
| 06-13-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCK61946. |
| 06-24-2008 | SUMMONS,PROOF OF SERVICE FILED | UPON DEFT MARK CARRUOLO - SERVED ON 6/18 |
| 06-24-2008 | SUMMONS,PROOF OF SERVICE FILED | UPON DEFT CITY OF WARWICK - SERVED ON 6/18 |
| 06-25-2008 | AMENDED COMPLAINT FILED | Affiliated: AIRPORT ROAD |
| 07-01-2008 | NOTICE OF REMOVAL | |
| 07-01-2008 | CASE REMVD TO US DISTRICT CT | |
| 07-01-2008 | OTH DOC FILED DURING DISCOV | |

TRUE COPY ATTEST

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT